A. B. Matteson
vs.　　No. 74722.
Edward J. Logan

April 11, 1929.

HAHN, J. After verdict for plaintiff, heard on defendant's motion for a new trial based upon the usual grounds, the ground of newly discovered evidence not being pressed.

This action was based upon a claim for labor and materials furnished by plaintiff for defendant in repairing and rendering more efficient the heating plants on Westminster street and on Elmwood avenue.

The plaintiff presents a case upon which the jury had the right, if they believed his testimony, to return a verdict in his favor. The plaintiff's testimony was contradicted by defendant but apparently the jury believed plaintiff and rendered a verdict in his favor in the sum of $369.76.

During the progress of the trial it appeared by the weight of the evidence that a radiator furnished by plaintiff

in his bill of particulars at $16.46 was about $5.00 in excess of a fair price for the same. With the exception of the $5.00 above referred to, the verdict is fully sustained by the evidence and the weight thereof.

If plaintiff files a remittitur for the above sum of $5.00 on or before April 20, 1929, motion for a new trial is denied, otherwise same is granted.

For plaintiff: Quinn, Kernan & Quinn.

For defendant: Daniel E. Geary.